In the Matter of HUEY B. WRIGHT, Petitioner, v HOWARD RELIN, as Monroe County District Attorney, et al., Respondents.—Motion to prevent Supreme Court Justice from hearing appellant's CPLR article 78 proceeding denied. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.